UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS BRANCH,<br><br>　　Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>　　Defendant. | Case No. 2:24-cv-00005<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

This matter is set for an case management conference on May 28, 2024, at 10:30 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge