UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS BRANCH,<br><br>    Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>    Defendant. | Case No. 2:24-cv-00005<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a telephone conference with counsel for the parties on May 28, 2024. For the reasons discussed in the conference and with the agreement of counsel, the Court ORDERS as follows:

Plaintiff Thomas Branch shall file a motion to amend the complaint by June 18, 2024. Before that date, counsel shall provide the proposed amended pleading to counsel for Defendant Freedom Mortgage Corporation for review. If Freedom does not oppose the amendment, Branch shall file the motion as unopposed.

Briefing on Freedom's motion to dismiss (Doc. No. 10) remains STAYED until the Court has resolved Branch's anticipated motion to amend the complaint.

A telephonic case management conference is set on July 18, 2024, at 9:30 a.m. By July 16, 2024, counsel shall meet and confer regarding a proposed case management calendar and shall file a joint proposed amended initial case management order. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate in the conference.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge